# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LORENZO SCOTT, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> ) <br> H. A. RIOS, JR., ) <br> ) <br> Respondent. ) <br> _____ ) | 1:09-CV-00038 GSA HC <br><br> ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILING TO COMPLY WITH A COURT ORDER <br><br> [Doc. #8] |

Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

On February 6, 2009, a Scheduling Order was issued in this case wherein Respondent was ordered to respond to the petition within sixty (60) days of the date of service of the Order. Over sixty (60) days have passed and the Court has not received a response.

Local Rule 11-110 provides: "Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, Respondent is HEREBY ORDERED to, within thirty (30) days of service of this order, SHOW CAUSE why appropriate sanctions should not be imposed for failing to comply with a court order.

IT IS SO ORDERED.

Dated: **April 24, 2009**       **/s/ Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE